**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Date:                 September 5, 2013

Courtroom Deputy:  Kathleen Finney
Court Reporter:    Tracy Weir
Probation Officer: Katrina Devine

**Criminal Action No.  12-cr-00429-REB**

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Kurt Bohn |
|     Plaintiff, | |
| v. | |
| 3.  MARIA GARCIA, | Neil MacFarlane |
|     Defendant. | |

**SENTENCING MINUTES**

**10:04 a.m.**   **Court in session.**

Appearances of counsel.

Defendant is present in custody.

Court's opening remarks.

Pursuant to 18 U.S.C. § 3552 and Fed. R. Crim. P. 32, the Probation Department has conducted a presentence investigation and has filed a presentence report and addendum.

Counsel for the government confirms that counsel has read the presentence report and addendum.

Counsel for the defendant informs the court that counsel has read and discussed the presentence report and addendum with the defendant.

Also pending before the court relevant to sentencing are the following: the **Government's Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to U.S.S.G. § 3E1.1(b)** [#124] filed August 18, 2013; the **United States' Motion to Dismiss Count 3 of the Indictment** [#125] filed August 18, 2103; the **United State's Response to the Presentence Report** [#126] and [#130] both filed August 18, 2013; the defendant's **Objections to the Presentence Investigation Report** [#137] filed August 18, 2013; and the defendant's **Motion for Downward Departure and/or Variance** [#139] filed August 21, 2013.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, comments on the probation officer's sentencing guideline applications and calculations, and comments on matters relating to the appropriate sentence.

Defendant is sworn.

Statement by the defendant.

Statement by counsel for the government.

The court makes a sentencing statement pursuant to 18 U.S.C. § 3553(c) and enters findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

    **IT IS ORDERED** as follows:

1. That the plea agreement of the parties as presented in Court's Exhibits 1 and 2 is formally approved;

2. That the pending motions are resolved as follows:
   - the **Government's Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to U.S.S.G. § 3E1.1(b)** [#124] is **GRANTED**;
   - the **United States' Motion to Dismiss Count 3 of the Indictment** [#125] is **GRANTED**; and
   - the defendant's **Motion for Downward Departure and/or Variance** [#139] is **DENIED in part, GRANTED in part,** commensurate with the court's findings and conclusions and the following sentencing orders;

3. That judgment of conviction under Fed. R. Crim. P. 32(k) is entered on Count Five of the Indictment;

4. That pursuant to the Sentencing Reform Act of 1984, it is the judgment and sentence of this court that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of **eighty-four (84) months**;

5. That on release from imprisonment, the defendant shall be placed on supervised release for a term of **three (3) years**; provided furthermore, that within 72 hours of defendant's release from imprisonment and the custody of the Bureau of Prisons, the defendant shall report in person to the U.S. probation department within the district to which she is released;

6. That while on supervised release, the defendant shall comply with the following conditions of supervised release:

    - all mandatory conditions of supervised release, prescribed by law at 18 U.S.C. § 3583(d) and USSG §5D1.3(a);

    - all standard conditions of supervised release approved and imposed by this court in all such cases and circumstances; and

    - the following explicit or special conditions of supervised release:

        - that the defendant shall not violate any federal, state, or municipal statute, regulation, or ordinance in any jurisdiction or place where defendant may be during the term of supervised release;

        - that the defendant shall not possess or use illegally controlled substances;

        - that the defendant shall not possess or use any firearm, destructive device, or dangerous weapon as defined under federal law at 18 U.S.C. § 921;

        - that the defendant shall cooperate in the collection of a sample of defendant's DNA;

        - that the defendant shall submit to one drug test within fifteen (15) days from defendant's release from imprisonment, as directed by the probation department, and thereafter, to at least two periodic tests for the use of controlled substances as directed and determined by the court; and

        - that the defendant shall submit her person, property, house, residence, papers, or office to a search conducted by a

       United States probation officer; failure to submit to such a search makes the grounds for revocation of supervised release; the defendant shall warn any other occupant that the premises may be subject to a search pursuant to this special condition; a probation officer may conduct a search under this condition only when reasonable suspicion exists that the defendant has violated a condition of her supervision and that the areas to be searched contain evidence of the violation; any search must be conducted at a reasonable time and in a reasonable manner;

7. That no fine is imposed;

8. That the defendant shall pay forthwith a special victim's fund assessment fee of $100.00;

9. That presentence confinement credit shall be determined by the Bureau of Prisons under 18 U.S.C. § 3585;

10. That this court recommends that the Bureau of Prisons designate the defendant to an official detention facility in Carswell, Texas, if not, otherwise in the State of Texas; and

11. That the defendant is remanded to the custody of the United States Marshal.

The defendant waives formal advisement of appeal.

**10:47 a.m.   Court in recess.**

Total time in court: 00:43

Hearing concluded.