**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 12-cr-00429-REB-03
(Civil Action No. 14-cv-02353-REB)

UNITED STATES OF AMERICA,

      Plaintiff,

v.

3. MARIA GARCIA,

      Defendant.

___

**MINUTE ORDER**[1]

___

The matter is before the court *sua sponte* to correct the **Order Dismissing Amended § 2255 Motion** [#172][2] entered September 25, 2014. The order at page 4 contains a stray reference to "Mr. DeWilliams." This order is entered to correct that clerical error.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Order Dismissing Amended § 2255 Motion** [#172] entered September 25, 2014, is **CORRECTED** to read as follows: "If Ms. Garcia files a notice of appeal, she also must pay the full appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24"; and

2. That otherwise, the **Order Dismissing Amended § 2255 Motion** [#172] is **RATIFIED** and **CONTINUED** in full force and effect.

Dated: September 26, 2014

___

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#172]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.