**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 1:12-cr-00429-REB (03)
(Civil Action No. 1:14-cv-02353-REB)

UNITED STATES OF AMERICA

      Petitioner

v.

MARIA GARCIA

      Respondent

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER DISMISSING AMENDED § 2255 MOTION [Dkt. No. 172] of Judge Robert E. Blackburn entered on September 25, 2014 it is

ORDERED that the (Amended) Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2255 [Dkt. No. 170] filed 9/19/2014, is denied.

    Dated at Denver, Colorado this 30th day of October, 2014.

                              FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                      By: s/   A. Lowe
                              A. Lowe
                              Deputy Clerk